**Motion for Rehearing Granted, Memorandum Opinion filed January 3, 2013, Withdrawn, Appeal Reinstated, Majority Order and Dissenting Order filed March 21, 2013.**

In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00627-CV
_____

**ROBERT H. BURROUGHS, Appellant**

**v.**

**GARY BURROUGHS, Appellee[1]**

**On Appeal from Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 396,576-401**

## MAJORITY ORDER

On January 3, 2013, this court issued an opinion dismissing this appeal. On January 13, 2012, a motion for rehearing was filed. The motion is **GRANTED** as to Robert H. Burroughs, individually.

---

[1] In light of our ruling, the style of this appeal, formerly *In the Estate of Lillie A. Burroughs, Deceased,* has changed.

This court's opinion filed January 3, 2013, is **WITHDRAWN**, and our judgment of that date is **VACATED.** The appeal is ordered **REINSTATED.**

/s/    Martha Hill Jamison
        Justice

Panel consists of Justices Frost, Christopher, and Jamison (Frost, J., dissenting). Publish.